# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00528-CV

**Breanna Vaclavik, Appellant**

**v.**

**Dan Di Addison, Appellee**

## FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
## NO. C-1-CV-19-005989, THE HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due on December 27, 2019. On January 13, 2020, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by January 23, 2020, would result in the dismissal of this appeal for want of prosecution. Appellant has now filed a motion requesting that the Court extend the time for filing appellant's brief, but she did not state the length of the extension sought. We grant in part the motion for extension of time and order appellant to file a brief no later than April 27, 2020. No further extension of time will be granted and failure to comply with this order may result in dismissal of this appeal. *See* Tex. R. App. P. 38.8(a). All other relief requested in the motion is denied.

It is ordered on February 6, 2020.

Before Justices Goodwin, Kelly, and Smith